UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TERRY TINNEY, | ) |
| | ) |
| PLAINTIFF, | ) |
| | )   CASE NO. 3:24-cv-01496 |
| vs. | ) |
| | ) |
| ZIONS DEBT HOLDINGS, LLC, | ) |
| | ) |
| DEFENDANT. | ) |
| | ) |

### NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFF GINA CARDENAS

Please take notice that the following attorney is entering an appearance for Plaintiff Terry Tinney ("Plaintiff") in the above numbered and entitled cause, for the purpose of representing Plaintiff and receiving filings, notices and orders from the Court.

       Marwan Daher
       mdaher@guardslaw.com
       GUARDS LAW
       15657 N Hayden Road #1067
       Scottsdale, AZ 85260

Mr. Daher is enrolled in the Court's CM/ECF system.

This the 22nd day of August, 2024:

                                       Respectfully submitted,

                                       /s/ *Marwan Daher, Esq.*
                                       Marwan Daher, Esq.
                                       Texas Bar No. 6325465
                                       15657 N Hayden Road #1067
                                       Scottsdale, AZ 85260
                                       mdaher@guardslaw.com

## **CERTIFICATE OF SERVICE**

The undersigned, one of the attorneys for Plaintiff, certifies that on August 22, 2024, the following document was filed via ECF on all counsel of record:

*/s/ Marwan Daher*